United States Bankruptcy Court
For the District of Colorado

In re:                                      )
Richard John O'Casio                         )     Bankruptcy Case No. 19-10377-EEB
                                            )              Chapter 7
                                            )
Debtor(s).                                   )

**DEFICIENCY NOTICE: DOCUMENTS DUE    2/1/2019**

The following missing documents are required for your case:

- Statement of Financial Affairs
- Summary of Assets and Liabilities and Certain Statistical Information
- Schedule A/B
- Schedule C
- Schedule G
- Schedule H
- Schedule I
- Schedule J
- Schedule J-2
- Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1) for: Richard O'Casio
- Chapter 7 Statement of Current Monthly Income Official Form 122A-1
- Chapter 7 Means Test Exemption Official Form 122A-1 Supplement, if applicable
- Chapter 7 Means Test Calculation Official Form 122A-2
- Statement of Intention

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 1/22/2019                             Kenneth S. Gardner, Clerk
                                            U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.