Local Bankruptcy Form 1007-6.1
# United States Bankruptcy Court
### District of Colorado

In re **Richard John Ocasio**
**FDBA 1st Choice Deliveries LLC; DBA Top Notch Deliveries LLC**
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address **378 Beldock Street**
**Brighton, CO 80601**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any): **xxx-xx-9477**

Employer's Tax-Identification (EIN) No(s). (if any):

Case No.
Chapter **7**

## Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, **Richard John Ocasio**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

■ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (please provide explanation) __

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: **February 6, 2019**

By: /s/ Richard John Ocasio
(Signature of Debtor)
**Richard John Ocasio**
Printed name of Debtor
**378 Beldock Street**
**Brighton, CO 80601-0000**

*A separate form must be signed for each Debtor.

1007-1 form

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy