(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Elizabeth E. Brown

In re:

    Richard John O'Casio

Debtor(s)

Case No.:   19−10377−EEB
Chapter:    7

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On March 6, 2019, Harry L. Simon on behalf of Alliance Leasing Corp. ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Raul H. Borrastero and/or Nancy G. Borrastero and Wells Fargo Bank pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated: 3/7/19

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge